— **EXHIBIT A** —



Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

October 22, 2024

M2552-L01-0000834 T00004 P003 *********ALL FOR AADC 800
ABIGAIL SCHOEDER RUMMEL

**Subject: Notice of Data Security Incident**

Dear Abigail Schoeder Rummel:

Mile Hi Foods Company ("Mile Hi") is writing to inform you of a recent data security incident that may have affected your personal information. Mile Hi takes the privacy and security of all information within its possession very seriously. Please read this letter carefully as it contains information regarding the incident and steps that you can take to help protect your personal information.

**What Happened.** On September 13, 2024, Mile Hi experienced a network disruption and promptly initiated an investigation of the matter. Mile Hi engaged cybersecurity specialists to assist with the process. As a result of the investigation, Mile Hi determined that certain files may have been accessed or acquired without authorization. Mile Hi undertook a comprehensive review of those files and, on or about October 2, 2024, learned that some of your personal information was contained within the potentially affected data. Please note that Mile Hi has no evidence of the misuse, or attempted misuse, of any potentially impacted information.

**What Information Was Involved.** The information may have included your first and last name as well as Social Security number.

**What We Are Doing.** As soon as Mile Hi learned of this incident, Mile Hi took the steps described above and implemented measures to enhance security and minimize the risk of a similar incident occurring in the future. In response to this event, Mile Hi notified the Federal Bureau of Investigation and will cooperate with any resulting investigation. To help protect your identity, we are offering a complimentary 12-month membership of Experian's® IdentityWorks℠. This product provides you with superior identity detection and resolution of identity theft. To activate your membership and start monitoring your personal information please follow the steps below:

- Ensure that you enroll by: January 31, 2025 (Your code will not work after this date.)
- Visit the Experian IdentityWorks website to enroll: https://www.experianidworks.com/credit
- Provide your activation code:

If you have questions about the product, need assistance with identity restoration or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at 833-918-1102 by January 31, 2025. Be prepared to provide engagement number                as proof of eligibility for the identity restoration services by Experian.

0000834

M2552-L01

## ADDITIONAL DETAILS REGARDING YOUR 12-MONTH EXPERIAN IDENTITYWORKS MEMBERSHIP:

A credit card is **not** required for enrollment in Experian IdentityWorks.

You can contact Experian **immediately** regarding any fraud issues, and have access to the following features once you enroll in Experian IdentityWorks:

- **Experian credit report at signup:** See what information is associated with your credit file. Daily credit reports are available for online members only.*
- **Credit Monitoring:** Actively monitors Experian file for indicators of fraud.
- **Identity Restoration:** Identity Restoration specialists are immediately available to help you address credit and non-credit related fraud.
- **Experian IdentityWorks ExtendCARE™:** You receive the same high-level of Identity Restoration support even after your Experian IdentityWorks membership has expired.
- **Up to $1 Million Identity Theft Insurance**:** Provides coverage for certain costs and unauthorized electronic fund transfers.

\* Offline members will be eligible to call for additional reports quarterly after enrolling.

\*\* The Identity Theft Insurance is underwritten and administered by American Bankers Insurance Company of Florida, an Assurant company. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

If you believe there was fraudulent use of your information and would like to discuss how you may be able to resolve issues, please reach out to an Experian agent at 833-918-1102. If, after discussing your situation with an agent determined that Identity Restoration support is needed, then an Experian Identity Restoration agent is available to wor you to investigate and resolve each incident of fraud that occurred (including, as appropriate, helping you with cont credit grantors to dispute charges and close accounts; assisting you in placing a freeze on your credit file with the three credit bureaus; and assisting you with contacting government agencies to help restore your identity to its proper cond

Please note that this Identity Restoration support is available to you for 12 months from the date of this letter and d require any action on your part at this time. The Terms and Conditions for this offer are loca www.ExperianIDWorks.com/restoration. You will also find self-help tips and information about identity protectio site.

### Steps You Can Take to Help Protect Your Personal Information

**Review Your Account Statements and Notify Law Enforcement of Suspicious Activity:** As a precautionary mea recommend that you remain vigilant by reviewing your account statements and credit reports closely. If you d suspicious activity on an account, you should promptly notify the financial institution or company with which the a maintained. You also should promptly report any fraudulent activity or any suspected incidence of identity theft law enforcement authorities, your state attorney general, and/or the Federal Trade Commission (the "FTC").

- *Federal Trade Commission*, Consumer Response Center, 600 Pennsylvania Ave, NW, Washington, DC 20! IDTHEFT (438-4338), www.consumer.ftc.gov, www.ftc.gov/idtheft.

**Copy of Credit Report:** You may obtain a free copy of your credit report from each of the three major cre agencies once every 12 months by visiting www.annualcreditreport.com, calling toll-free 1-877-322-8228, or by an Annual Credit Report Request Form and mailing it to Annual Credit Report Request Service, P.O. Box 105 GA 30348. You also can contact one of the following three national credit reporting agencies:

| **Equifax** | **Experian** | **TransUnion** |
|---|---|---|
| P.O. Box 105851 | P.O. Box 9532 | P.O. Box 2000 |
| Atlanta, GA 30348 | Allen, TX 75013 | Chester, PA 19016 |
| 1-800-525-6285 | 1-888-397-3742 | 1-800-916-8800 |
| www.equifax.com | www.experian.com | www.transunion.co |

**Fraud Alert:** You may want to consider placing a fraud alert on your credit report. An initial fraud alert is fr on your credit file for at least one year. The alert informs creditors of possible fraudulent activity within requests that the creditor contact you prior to establishing any accounts in your name. To place a fraud aler